UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Dawn Marie Kandris,                                    Case No. 14-35760-KLP
Stephen Christopher Kandris,                           Chapter 13

                    Debtors.

## SCHEDULING ORDER

This matter came before the Court on December 9, 2015, on the Motion and Notice to Modify Plan Payments and the Objection to Confirmation of Plan  (the "Contested Matters") filed by Susan H. Call, Counsel for Carl M. Bates Chapter 13 Trustee.  Counsel estimated the time necessary to conduct the evidentiary hearing in these Contested Matters would not exceed **2 hours** (the "Estimated Hearing Time").  As promptly as possible, counsel must advise the Court (1) if the time necessary to conduct the hearing will exceed the Estimated Hearing Time, or (2) if a settlement is reached in this matter.

IT IS ORDERED that the following schedule is established in this contested matter:

1.      The hearing on the Contested Matters shall be conducted in the United States Bankruptcy Court, Room 5100, U.S. Courthouse, 701 East Broad Street, Richmond, Virginia, on **March 10, 2016** (the "Hearing Date"), at **2:00 p.m.**

2.      On or before **March 4, 2016**, counsel for the parties shall file with the Clerk a list of proposed witnesses and a list of proposed exhibits.  The exhibits shall be filed in accordance with the attached instructions which are hereby incorporated and made a part of this order.

3.      On or before **February 25, 2016,** counsel shall file with the Court a Stipulation (or in lieu thereof, a joint statement that no agreement as to any uncontroverted facts could be reached).

4.      Counsel for the Chapter 13 Trustee shall file a memorandum of law in support of

the Contested Matters on or before **February 25, 2016.**  Counsel for Debtors shall file a reply on

or before **March 2, 2016.**  Counsel for the Debtors may file any response on or before **March 4,**

**2016.**

5.      The Clerk shall forward a copy of this order to the parties listed below.

6.      Failure to comply with the terms of this scheduling order shall result in the

imposition of appropriate sanctions, including but not limited to the entry of judgment by default

and the exclusion of exhibits or witnesses at the hearing.

SO ORDERED:  December 15, 2015

                        /s/ Keith L. Phillips
                     UNITED STATES BANKRUPTCY JUDGE

Copies:        Entered on Docket:  December 15, 2015

Dawn Marie Kandris
Stephen Christopher Kandris
11607 Waterview Drive, Apt 302
Chester, VA 23831

Richard James Oulton
America Law Group, Inc.
8501 Mayland Drive, Suite 106
Henrico, VA 23294

Susan Hope Call
Counsel for the Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**INSTRUCTIONS**
**FOR PREPARING EXHIBIT LIST, PREMARKING EXHIBITS**

**NOTE:  The following procedures are to be followed in electronic (ECF) cases.**

Exhibits List

The Exhibits List must be typewritten -double spaced - and should briefly describe each Exhibit to be introduced at trial.

Exhibits

Each Exhibit should be numbered on a colored adhesive label, in accordance with the following:

| | |
|---|---|
| PLAINTIFF* | YELLOW - numerically beginning No. 1 |
| DEFENDANT* | BLUE - alphabetically, e.g., A, B, C, . .  AA, AB, etc. |
| GOVERNMENT | YELLOW - numerically beginning No. 101 |

*In cases with more than one party, please identify the appropriate party on each Exhibit.

The adhesive labels should be affixed at the bottom of the Exhibit.  Exhibits must be numbered to correspond with the numbers assigned on the Exhibits List to such Exhibit.

Exhibits should be letter size (8½" x 11"), photo-reduced if necessary, pursuant to Local Rule 5005-1(C)(3).

If an Exhibit is a small document, such Exhibit must be stapled to a sheet of standard sized paper, and the Exhibit label affixed to the bottom of the sheet of paper.  In the case of a group of photographs or checks, please affix a separate label to each photograph or check, and number as follows:

| | |
|---|---|
| PLAINTIFF- | 1-A, 1-B, 1-C, etc. |
| DEFENDANT- | A-1, A-2, A-3, etc. |
| GOVERNMENT- | 101-A, 101-B, 101-C, etc |

The marked Exhibits must be firmly bound and tabbed.  The originals and two copies of both the Exhibits and Exhibits List should be filed with the Court by the date set in the Pretrial Order.  Sufficient copies should be available for each opposing counsel.

It is desirable that counsel stipulate as to the admissibility of as many Exhibits as possible, so that such Exhibits may be admitted into evidence at the beginning of trial.