# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In Re:  Dawn Marie Kandris                        Case No: 14-35760
       Stephen Christopher Kandris           Chapter 13

# AGREED STIPULATION OF FACTS

COMES NOW, your Chapter 13 Trustee, by Counsel, and Jason Krumbein, Counsel for the Debtors and submit to the Court the following stipulations to be utilized by the Court in lieu of evidence as follows:

1. The parties filed a plan on August 25, 2015.

2. The plan was objected to and a new plan was filed on November 2, 2015.

3. The debtors were above median at the time of filing their Chapter 13 case.

4. The debtors have filed a 60 month plan.

Dated:  February 25, 2016

Carl M. Bates
Chapter 13 Trustee
BY COUNSEL:

/s/Susan H. Call
Susan H. Call
P. O. Box 1890
Richmond, Virginia 23218-1780
(804) 237-6800
STATE BAR NUMBER:  34367

Dawn and Stephe Kandris
Debtors
BY COUNSEL:

/s/Jason Krumbein
Jason Krumbein, Attorney at Law
8501 Mayland Drive, Ste. 106
Henrico, VA 23294
 (804) 308-0051
STATE BAR NUMBER:  43538